1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN W. ENOS
   Assistant U.S. Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone (559) 497-4000
5
6
7
8               IN THE UNITED STATES DISTRICT COURT
9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,        ) D.C. NO.  1:10-CR-00413-OWW
                                    )
12          Plaintiff-Appellee,     ) M.J. NO.  5:87-MJ-00863
                                    ) (E.D. Calif., Yosemite)
13 v.                               )
                                    ) PLAINTIFF-APPELLEE'S MOTION TO
14 ESDRAS FERREIRA MACEDO,          ) DISMISS APPEAL FOR FAILURE TO
                                    ) PROSECUTE PURSUANT TO CIRCUIT
15          Defendant-Appellant.    ) RULE 42-1; ORDER
                                    )
16
17      Plaintiff-Appellee respectfully requests the Court to dismiss
18 Defendant-Appellant's Appeal as Defendant-Appellant failed to timely
19 comply with this Court's Briefing Schedule dated October 6, 2010.  To
20 wit: no transcripts were ever ordered, nor did Defendant-Appellant
21 file an opening brief within the prescribed time.
22      The Court may dismiss the appeal pursuant to Circuit Rule 42-1
23 if the appellant fails to file a brief within the time allowed by
24 Fed. R. App.P 31(a) or an extension thereof.  Pursuant to Local Rule
25 422 and Fed. R. Crim.P. 58(g)(2)(D) ". . . . The scope of the appeal
26 is the same as in an appeal to the court of appeals from a judgment
27 entered by a district judge."
28 / / /

1  As of May 4, 2011, Defendant-Appellant has not filed his opening
2  brief nor has he requested an extension of time in which to file his
3  opening brief.  The government, therefore, moves to dismiss this
4  action for failure to prosecute.

                                        BENJAMIN B. WAGNER
                                        United States Attorney


DATED: May 4, 2011              By    /s/ Brian W. Enos
                                        BRIAN W. ENOS
                                        Assistant U.S. Attorney


**ORDER**

 IT IS HEREBY ORDERED that Defendant-Appellant's Appeal be
dismissed, without prejudice and in the interest of justice.

DATED: May 16, 2011         /s/ OLIVER W. WANGER
                            United States District Court Judge